UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY MCNISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:20-CV-674-BO |
| OPAL HOTELS RDU AIRPORT, LLC, RAVI ) | |
| DESAI, BARBARA CHRISTIAN, and ) | |
| MITAL M. PATEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This matter is before the Court on the Court's April 12, 2021 notice to plaintiff of failure to make service within ninety days and plaintiffs response to that notice.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on April 29, 2021, and served on:**
Amy McNish (via US Mail to 1118 Langstonshire Lane, Morrisville, NC 27560)
Katie Weaver Hartzog (via CM/ECF Notice of Electronic Filing)
Katherine Barber-Jones (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

April 29, 2021

　/s/Lindsay Stouch
By: Deputy Clerk