**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1553

AMY MCNISH,

        Plaintiff - Appellant,

v.

OPAL HOTELS RDU AIRPORT LLC; RAVI DESAI; BARBARA CHRISTIAN; MITAL M. PATEL,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:20-cv-00674-BO)

Submitted: April 29, 2022                                             Decided: May 24, 2022

Before KING, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amy McNish, Appellant Pro Se. Katherine Marie Barber-Jones, Katie Weaver Hartzog, HARTZOG LAW GROUP LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

  Amy McNish appeals the district court's order dismissing her complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McNish v. Opal Hotels RDU Airport LLC*, No. 5:20-cv-00674-BO (E.D.N.C. Apr. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*