FILED: June 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1553
(5:20-cv-00674-BO)

_____

AMY MCNISH

       Plaintiff - Appellant

v.

OPAL HOTELS RDU AIRPORT LLC; RAVI DESAI; BARBARA CHRISTIAN; MITAL M. PATEL

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered May 24, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*